IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA LOWREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY PSYCHIATRY MANAGEMENT, LLC, d/b/a Mindpath Health,<br><br>Defendant. | Case No. 2:23-cv-00185-TLN-DB<br><br>**ORDER APPROVING STIPULATION TO EXTEND PAGE LIMITS** |

Before the Court is the parties' Stipulation to Extend Page Limits for briefing in connection with Defendant's anticipated motion to dismiss Plaintiff's First Amended Class Action Complaint. For good cause shown, it is ORDERED that:

1. The Stipulation is APPROVED; and

2. The following page limits apply to briefs in connection with a motion to dismiss the First Amended Class Action Complaint:

   *Brief in Support of Motion to Dismiss*:     30 pages

   *Opposition to Motion to Dismiss*:     30 pages

   *Reply in Support of Motion to Dismiss*:     15 pages

3. Any cover pages, tables of contents, tables of authority, and signature blocks are excluded

from these page limits.

DONE this the 5th day of May, 2023.

Troy L. Nunley
United States District Judge