# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MINDPATH PRIVACY LITIGATION, | Case No. 2:23-cv-00185-TLN-DB<br><br>**ORDER APPROVING STIPULATION TO ESTABLISH BRIEFING SCHEDULE** |

Before the Court is the parties' Stipulation to Establish Briefing Schedule in connection with Defendant's anticipated motion to dismiss Plaintiffs' Amended Consolidated Complaint. For good cause shown, it is ORDERED that:

1. The Stipulation is APPROVED.

2. The time for Defendant to respond to the Amended Consolidated Complaint is extended until September 29, 2023.

3. Briefs in support of, or in opposition to, any motion to dismiss the Amended Consolidated Complaint shall be filed on or before the dates listed below:

> *Brief in Support of Motion to Dismiss*:   September 29, 2023
>
> *Opposition to Motion to Dismiss*:   October 30, 2023
>
> *Reply in Support of Motion to Dismiss*:   November 30, 2023

DONE this the 15th day of August, 2023.

_____
Troy L. Nunley
United States District Judge