IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE MINDPATH PRIVACY LITIGATION, | Case No. 2:23-cv-00185-TLN-DB |
|---|---|
| | **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS AND VACATE ALL DEADLINES PENDING MEDIATION** |

Before the Court is the parties' Joint Stipulation to Stay Proceedings and Vacate All Deadlines Pending Mediation ("Joint Stipulation"). For good cause shown, it is ORDERED that:

1. The Joint Stipulation is APPROVED.

2. This civil action is stayed until further Order by this Court.

3. The Court's August 15, 2023, Order Approving Stipulation to establish Briefing Schedule is vacated.

4. The parties shall file a joint status report with the Court on or before November 8, 2023. The joint status report will inform the Court of the result of the October 23, 2023, mediation and will provide proposed deadlines for any briefing schedule for Mindpath's anticipated motion to dismiss the current Amended Consolidated Complaint.

DONE this the 12th day of September, 2023.

_____
Troy L. Nunley
United States District Judge