1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| IN RE MINDPATH PRIVACY LITIGATION | Case No. 2:23-cv-00185-TLN-DB |
|---|---|
| | **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS ADDITIONAL THIRTY (30) DAYS** |

Before the Court is the parties' Joint Stipulation to Stay Proceedings Additional Thirty Day ("Joint Stipulation"). For good cause shown, it is ORDERED that:

1. The Joint Stipulation is APPROVED.

2. This civil action is stayed until further Order by this Court.

3. The parties shall file a joint status report with the Court on February 7, 2024. The joint status report will inform the Court of the result of the Parties' mediation efforts, and provide proposed deadlines where and as needed for the briefing schedule of Mindpath's anticipated motion to dismiss the Amended Consolidated Complaint.

DONE this the 8th day of Janupary, 2024.

_____
Troy L. Nunley
United States District Judge