# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MINDPATH PRIVACY LITIGATION | Case No. 2:23-cv-00185-TLN-DB<br><br>**ORDER APPROVING STIPULATION TO EXTEND PAGE LIMITS** |

Before the Court is the parties' Stipulation to Extend Page Limits for briefing in connection with Defendant's anticipated motion to dismiss Plaintiffs' Amended Consolidated Complaint. For good cause shown, it is ORDERED that:

1. The stipulation is APPROVED.

2. The following page limits apply to briefs in connection with a motion to dismiss the Amended Consolidated Complaint:

    *Brief in Support of Motion to Dismiss:*     35 pages

    *Opposition to Motion to Dismiss:*     35 pages

    *Reply in Support of Motion to Dismiss:*     20 pages

3. Any cover pages, tables of contents, tables of authority, and signature blocks are excluded from these page limits.

DONE this the 23rd day of February, 2024.

_____
Troy L. Nunley
United States District Judge